**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| A ROYAL FLUSH, INC.,<br>*Plaintiff,*<br>v.<br>ANIR ARIAS<br>*Defendant.* | Civil Action No. 3:18-cv-1206 (VAB)<br><br>December 7, 2018 |

**JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT OF FORECLOSURE**

Plaintiff A Royal Flush, Inc. and Defendant Anir Arias request that the Court enter the attached Stipulated Judgment which is a product of the settlement discussions they have undertaken as facilitated by Magistrate Judge Holly Fitzsimmons.



| PLAINTIFF<br>A ROYAL FLUSH, INC. | DEFENDANT<br>ANIR ARIAS |
|---|---|
| BY: /s/ James T. Shearin<br>James T. Shearin (ct01326)<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>Telephone: 203 330 2240<br>Fax: 203 576 8888<br>Email: jtshearin@pullcom.com | By: /s/ Richard S. Gora<br>Richard S. Gora (ct27479)<br>Gora LLC<br>30 Quarter Horse Drive<br>Monroe, CT 06468<br>Telephone: 203 424-8021<br>Fax: 203-549-0410<br>Email: rich@goralaw.com |
| /s/ Thomas B. Noonan<br>Thomas B. Noonan<br>Tibbetts Keating & Butler, LLC<br>43 Corbin Drive<br>Darien, CT 06820<br>Telephone: 203 656 1066<br>Fax: 203 656-2573<br>Email: tnoonan@tkblaw.com | /s/ Paul William Verner<br>Paul William Verner<br>Paul William Verner (pro hac vice)<br>30 Wall Street, 8th Floor<br>New York, NY 10005<br>Telephone 212 502-5500<br>Fax: 212 502-5400<br>Email: pwverner@vernerlaw.com |
| **Attorneys for the Plaintiff** | **Attorneys for the Defendant** |